JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-01507-MMM (Ctx) | Date | November 24, 2008 |
| Title | Syrus Parvizian v. Internal Revenue Service et al | | |

| Present: The Honorable | MARGARET M. MORROW | |
|---|---|---|
| ANEL HUERTA | | N/A |
| Deputy Clerk | | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**   IN CHAMBERS - ORDER DISMISSING THE ACTION

On October 1, 2008, the Court granted defendant's motion to dismiss the case for lack of subject matter jurisdiction, with twenty (20) days leave for plaintiff to file an amended complaint.

To date, the plaintiff has not filed any amended complaint.

Accordingly, the Court hereby **DISMISSES** this action in its entirety for lack of subject matter jurisdiction.

IT IS SO ORDERED.

: 0

CV-90 (12/02)    **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk RR/AH